# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**TAYLOR GUNDY,**

Plaintiff(s)/Petitioner(s),

vs.

**CALIFORNIA DEPARTMENT OF CORRECTIONS REHABILITATION, ET AL.,**

Defendant(s)/Respondents(s).

Case No.   1:12–CV–01020–LJO–MJS

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C Section 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. Section 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Accordingly, within 30 days, the parties shall complete and return this form to the court.

**IT IS SO ORDERED.**

Dated:   11/19/12                                                    /s/ – Lawrence J. O'Neill
                                                                      United States Magistrate Judge

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. In the court's discretion, the complaint/petition may not be reviewed until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party. of the choice exercised by any other party.

☐   *CONSENT* TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____                Signature: _____

                                            Print Name: _____
                                            ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

☐   *DECLINE* OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND
     REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

Date: _____                    Signature: _____

                                            Print Name: _____
                                            ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

*If counsel of record, list name of each party responding: _____
_____