SHAWN KHORRAMI, ESQ., SBN 180411
HERMEZ MORENO, ESQ., SBN 72009
KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
444 S. Flower St. – 33rd Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:   (213) 596-6010

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAYLOR GUNDY,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITAION, a public entity, et al.,<br><br>    Defendants | Case No.: 1:12-CV 01020 MJS<br><br>**PLAINTIFF TAYLOR GUNDY'S ORDER TO DISMISS DEFENDANTS YOUNG NAM PAIK, M.D., AND PACIFIC ORTHOPEDIC MEDICAL GROUP, WITH PREJUDICE**<br><br>**Complaint Filed:  June 21, 2012**<br>**Trial Date:         June 3, 2014** |

For good cause shown (See ECF No. 53.), Defendants Young Nam PAIK, M.D., an individual, and Defendant Pacific Orthopedic Medical Group, an entity, are dismissed from this action with prejudice.

Parties to bear their own costs.

IT IS SO ORDERED.

Dated:   October 30, 2013             /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

1
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010

ORDER