JULIE CLARK MARTIN, SBN: 173557
*jcmartin@ljdfa.com*
TREVOR NEWHOUSE, SBN: 282231
*tnewhouse@ljdfa.com*
**LA FOLLETTE, JOHNSON,**
**DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone:       (916) 563-3100
Facsimile:   (916) 565-3704

Attorney for Defendant
CHRISTOPHER HORTON

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TAYLOR GUNDY,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, a public entity; SHERRY LOPEZ, M.D., in her individual capacity; CHRISTOPHER HORTON, in his individual capacity; ADRIANA ARAMBULA, in her individual capacity; YOUNG NAM PAIK, M.D., in his individual capacity; PACIFIC ORTHOPEDIC MEDICAL GROUP, a private entity; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 1:12-CV-01020-MJS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date:     May 5, 2014<br>Action Filed:  June 21, 2012<br><br>Magistrate Judge Michael J. Seng |

    Defendant, CHRISTOPHER HORTON (hereinafter "HORTON"), and plaintiff TAYLOR GUNDY (hereinafter "GUNDY"), hereby submit the following stipulation: Pursuant to Federal Rule of Civil Procedure 41(a) and (c), defendant HORTON and plaintiff GUNDY hereby stipulate to dismiss with prejudice the above-captioned complaint as to

/ / /

Defendant, CHRISTOPHER HORTON only, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

KHORRAMI, BOUCHER, SUMNER, SANGUINETTI, LLP

DATED: December 23, 2013

   /s/ Hermez Moreno
HERMEZ MORENO, SBN 72009
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
213-596-6000
Attorney for Plaintiff Taylor Gundy

ATTORNEY GENERAL OF CALIFORNIA

DATED:  January 21, 2014

   /s/ Benjamin R. Dore
BENJAMIN R. DORE, SBN 274199
1300 I Street, Suite 125
Post Office Box 944255
Sacramento, CA  94244-2550
916-445-7397
Attorney for Defendants Adriana Arambula and Sherry Lopez, M.D.

LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

DATED: January 22, 2014

*/s/ Trevor J. Newhouse*
TREVOR J. NEWHOUSE, SBN 282231
655 University Ave., Suite 119
Sacramento, CA 95825
916-563-3100
Attorney for Christopher Horton

/ / /

/ / /

/ / /

**ORDER**

The Stipulation of Dismissal with Prejudice is granted and plaintiff's complaint against HORTON, including all claims that were asserted therein, in E.D California Case No.: 1:12-CV-01020-MJS, .is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   January 22, 2014           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE