# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAYLOR GUNDY,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITAION, a public entity, et al.,<br><br>        Defendants | Case No.: 1:12-CV 01020 MJS<br><br>**ORDER DISMISSING DEFENDANTS SHERRY LOPEZ, M.D., AND ADRIANA ARAMBULA, WITH PREJUDICE**<br><br>**Complaint Filed:** June 21, 2012<br>**Trial Date:** June 3, 2014 |

Having considered the parties' stipulation, the Court hereby orders as follows:

1. Defendant Sherry Lopez, M.D. is dismissed from this suit with prejudice;
2. Defendant Adriana Arambula is dismissed from this suit with prejudice.

Parties to bear their own costs.

IT IS SO ORDERED.

Dated: **February 18, 2014**   /s/ *Michael J. Seng*
                                                                          UNITED STATES MAGISTRATE JUDGE

Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010

ORDER