# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAYLOR GUNDY,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,** *et al.*,<br><br>    **Defendants.** | **OLD CASE NO.  1:12-CV-01020-MJS**<br><br>**NEW CASE NO. 1:12-CV-01020-LJO-MJS**<br><br>**ORDER REASSIGNING CASE TO DISTRICT JUDGE AND RETAINING ALL PENDING DEADLINES** |

The original parties in this case previously consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). Accordingly, on May 2, 2013, this Court reassigned the case to U.S. Magistrate Judge Michael J. Seng for all further purposes and proceedings.  Doc. 48.

On January 29, 2014, the Magistrate Judge granted Plaintiff's motion to amend the complaint to add a new defendant, Marta Spaeth.  Docs. 76 & 77.  On March 21, 2014, Defendant Spaeth filed a Notice indicating that she declined to consent to the jurisdiction of the Magistrate Judge. In light of this Notice, jurisdiction reverts to the undersigned District Judge. Doc. 87. Accordingly, the Clerk of Court is directed to **REASSIGN** this action to U.S. District Judge Lawrence J. O'Neill and Magistrate Judge Michael J. Seng.

Further papers shall bear the new case number 1:12-CV-01020-LJO-MJS.

All pending deadlines in this case, including the May 1, 2013 pretrial conference and June 3, 2014 trial date, shall remain **UNCHANGED as to date and time**. Both the pretrial conference and trial are **RESET** before **Judge O'Neill** and will take place in **Courtroom 4**.

IT IS SO ORDERED.

Dated:   **March 24, 2014**                             **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE

1