# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR GUNDY,<br><br>        Plaintiffs,<br><br>v.<br><br>MARTA SPAETH,<br><br>        Defendants.<br>_____ / | Case No.: 1:12-cv-1020-BAM<br><br>ORDER AMENDING PRETRIAL AND TRIAL DEADLINES<br><br>Motions in Limine<br>Hearing:    May 21, 2014<br>              Time: 1:30 p.m.<br>              Dept.: 8(BAM)<br><br>Jury Trial:    Date:  June 9, 2014<br>(3-4 days est.)    Time: 8:30 a.m.<br>              Dept.: 8(BAM) |

This Court conducted a status conference on May 15, 2014. Counsel Robert Drexler and Santo Riccobono appeared by telephone on behalf of Plaintiff. Counsel Benjamin Dore and Lawrence Bragg appeared by telephone on behalf of Defendant. Due to the press of business, the Court modifies the scheduling order and pretrial dates as follows:

1. **Motions in Limine Hearing:**    May 21, 2014 at 1:30 PM before Judge McAuliffe
2. **Jury Trial:**    June 9, 2014 at 8:30 AM before Judge McAuliffe

Any documents due on May 15, 2015 are now due on or before **May 22, 2015**. All other remaining deadlines in the May 2, 2014 pretrial scheduling order and not addressed above are CONTINUED five (5) calendar days from their original due date.

IT IS SO ORDERED.

Dated:  **May 15, 2014**        /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE