U*NITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

TAYLOR GUNDY,

    Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.                                            1: 12-CV-01020-BAM

MARTA SPAETH,

    Defendant.

_____/

       IT IS HEREBY ORDERED AND ADJUDGED THAT Judgment is hereby Entered in Accordance, pursuant to Rule 68, with the Notice of Acceptance of Offer of Judgment (Doc. 155) filed May 27, 2014.

DATED:  May 29, 2014                      MARIANNE MATHERLY, Clerk

                                                  By:    /s/ H.A. Herman
                                                         Deputy Clerk